IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD AU, | CIV. NO. 11-00251 JMS-KSC |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | |
| REPUBLIC STATE MORTGAGE COMPANY; CHAD COTTON; AMERICAN HOME MORTGAGE SERVICING, INC.; JOHN DOES 1-10; DOE CORPORATIONS 1-102, | |
| Defendants. | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on January 31, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT OPTION ONE MORTGAGE CORPORATION NOW KNOWN AS SAND CANYON CORPORATION'S MOTION FOR ATTORNEYS' FEES AND COSTS," Doc. No. 343, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 25, 2014.



   /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Au v. Republic State Mortg. Co., et al.*, Civ. No. 11-00251 JMS-KSC, Order Adopting Magistrate Judge's Findings and Recommendation